**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| OHIO NURSES ASSOCIATION, ) | CASE NO. 1:06CV2226 |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | |
| ) | |
| ST. VINCENT CHARITY HOSPITAL, ) | |
| ) | |
| Defendant(s). ) | **J U D G M E N T** |

The Court has filed its Order in the above-captioned matter. Accordingly, this action is hereby terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

          s/Christopher A. Boyko
          HONORABLE CHRISTOPHER A. BOYKO
          UNITED STATES DISTRICT JUDGE

DATE: March 2, 2007